UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| **v.** § | No. A-22-MJ-00270-DH |
| § | |
| **JOSE LUIS ORDONEZ,** § § § | |

## ORDER

Defendant Jose Luis Ordonez made his initial appearance on March 14, 2022, at 1:30 PM. At the conclusion of the initial appearance, Mr. Ordonez told the Court that his arm—which was hanging in a cloth sling—was causing him great pain and requested medical care. Mr. Ordonez appeared to be in significant pain. An attorney with the Federal Public Defender's Office who had met personally with Mr. Ordonez prior to his initial appearance further confirmed that Mr. Ordonez had presented in significant physical pain during that meeting, noted the spreading discoloration of Mr. Ordonez's arm.

Mr. Ordonez has been scheduled for preliminary and detention hearings on March 28, 2022. In light of the concern over Mr. Ordonez's medical condition,

IT IS HEREBY ORDERED that a representative of the U.S. Marshals' office provide the Court with written confirmation that Mr. Ordonez has received medical care upon his arrival at the Jack Harwell Detention Center on March 14, 2022.

IT IS FURTHER ODERED that a representative of the U.S. Marshals' office notify the Court and defense counsel if Mr. Ordonez's condition worsens or if Mr.

Ordonez is removed from the Jack Harwell Detention Center for medical treatment so that defense counsel has the opportunity to determine whether to seek additional relief prior to the preliminary and detention hearing settings.

SIGNED March 14, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE