# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | **1:22-mj-270-DH** |
| v. | § § | |
| **JOSE LUIS ORDONEZ** | § § | |

### O R D E R

Before the Court is the United States' Unopposed Motion to Dismiss Criminal Complaint, filed April 1, 2022 (Dkt. 14). The Court finds the Motions to be meritorious.

Accordingly, it is **ORDERED** that the United States' Unopposed Motion to Dismiss Criminal Complaint (Dkt. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release for Jose Luis Ordonez issued March 29, 2022 (Dkt. 13) is hereby **RESCINDED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Jose Luis Ordonez (Dkt. 1), is hereby **DISMISSED** in the interest of justice without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

**SIGNED** on April 1, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE